Jefferson R. Hayden (SBN: 026264)
**GAMMAGE & BURNHAM PLC**
40 North Central Ave., 20th Floor
Phoenix, Arizona 85004
Telephone: (602) 256-4406
Fax: (602) 256-4475
Email: jhayden@gblaw.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Winters, Jr., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>American Senior Benefits, LLC, an Ohio limited liability company,<br><br>Defendant. | NO. 2:20-cv-02423-DWL<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Richard Winters, Jr. ("Plaintiff") and Defendant American Senior Benefits, LLC ("Defendant") (together, "Parties"), hereby notify the Court that they have reached a settlement in this matter.  As such, the parties respectfully request that all pending deadlines in this matter, including Defendant American Senior Benefits, LLC's Answer deadline, be held in abeyance while they finalize a formal settlement agreement and implement the terms of their settlement.  The Parties anticipate settlement will be completed in the next 30 days, if not sooner.  Once completed, the Parties will enter into a stipulation for dismissal with prejudice.

DATED this 12th day of March, 2021.

**GAMMAGE & BURNHAM PLC**

By: *s/Jefferson R. Hayden*
    Jefferson Hayden
    *Attorneys for Defendant*
    *American Senior Benefits, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 12, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Service of Electronic Filing to all registered counsel of record.

By: */s/ Elizabeth Guerrero*