# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Winters, Jr., | No. CV-20-02423-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| American Senior Benefits LLC, | |
| Defendant. | |

The Court having received notice that this case has settled (Doc. 10),

**IT IS ORDERED** that the Clerk of Court shall, without further notice, **DISMISS** this entire case on **May 14, 2021**, and shall enter judgment accordingly, unless *prior thereto* a party files a request for reinstatement on the Court's trial calendar.

**IT IS FURTHER ORDERED** that all deadlines and hearings are vacated and that all pending motions are denied as moot.

Dated this 15th day of March, 2021.

_____
Dominic W. Lanza
United States District Judge